UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>HERIBERTO NARVAEZ-VALADEZ,<br><br>    Defendant. | Case No. 26-cr-20027<br><br>Honorable Robert J. White |

**ORDER GRANTING EX PARTE MOTION TO ALLOW ELECTRONIC DISCOVERY AND COUNSEL TO ENTER WITH COMPUTER INTO DETENTION FACILITY**

Heriberto Narvaez-Valadez, through counsel, filed an ex parte motion seeking an order to allow digital discovery into Defendant Narvaez-Valadez's place of confinement for the duration of this case, and to also allow defense counsel to enter with a computer for use during attorney-client meetings. ECF No. 15.

The motion is well taken, and the reasons support Defendant Narvaez-Valadez's requests.

Thus, it is **ORDERED** that the Defendant's motion for an order authorizing digital discovery in the Sanilac County Jail is **GRANTED**.

It is further **ORDERED** that the Sanilac County Jail, or any other facility where the Defendant is held during the duration of this case, shall permit Defendant

1

2

to receive electronic storage devices from his defense counsel for the purpose of reviewing discovery in his case. Such devices may include, but are not limited to, compact discs, USB drives, and external hard drives.

It is further **ORDERED** that defense counsel may enter the Sanilac County Jail with a computer device for use during attorney-client meetings.

SO ORDERED.

Dated: January 26, 2026  s/Robert J. White
Robert J. White
United States District Judge